## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | | |
|---|---|---|
| JOYCE BRETON, | ) | |
| | ) | |
| Plaintiff | ) | |
| v. | ) | Civil No. 09-138-P-S |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant | ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 20) filed July 22, 2010, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Plaintiff's Motion for Fees and Expenses (Docket No. 11) is **GRANTED** in the amount of $2,569.45.

                                                      /s/ George Z. Singal
                                                      United States District Judge

Dated this 11th day of August, 2010.